# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. GUTIERREZ, et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-01560-LJO-MJS (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRING PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>ECF Nos. 2 and 6 |

Plaintiff Zane Hubbard is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2014, the Magistrate Judge issued a findings and recommendations recommending that Plaintiff's motion to proceed in forma pauperis (ECF No. 2) be denied and that Plaintiff be required to pay the filing fee in full. (ECF No. 6.) Plaintiff filed objections on November 10, 2014. (ECF No. 7.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper

1

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 27, 2014, are adopted in full;

2. Plaintiff's in forma pauperis application (ECF No. 2) is DENIED;

3. Plaintiff shall pay the $400 filing fee in full within twenty-one days of entry of this order; and

4. If Plaintiff fails to pay the $400 filing fee in full by the above deadline, all pending motions will be terminated and the action dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **November 19, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

2